| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 3:01CR108-003/RV |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* LES/FG3 08CR192 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Mark K. Lesage District of Nebraska | DISTRICT Florida Northern | DIVISION Pensacola |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Roger Vinson, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 02/15/06 — TO 02/14/10 |

**OFFENSE**

Conspiracy to Possess with Intent to Distribute 5 Kilograms or more of Cocaine and an Unspecified Amount of Marijuana, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii), (b)(1)(D), and 846.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nebraska upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5/5/08
Date                                   Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/13/08
Effective Date                                  United States District Judge

2008 MAY 19  PM 3: 37

KG

FILED

NORTHERN DISTRICT OF FLORIDA
Probation and Pretrial Services

# MEMORANDUM

**DATE:** May 19, 2008

**REPLY TO ATTN OF:** Larry J. Gibbs, Supervising
U.S. Probation Officer
Pensacola, Florida

**SUBJECT:** **LESAGE, Mark K.**
**Docket No.: 3:01CR108-003/RV**
**TRANSFER OF JURISDICTION**

**TO:** Clerk's Office
Pensacola, Florida

---

Enclosed please find two original Probation Forms 22, ordering that the jurisdiction of the supervised releasee be transferred with the records of our court to the United States District Court for the District of Nebraska, Omaha Division. Senior U.S. District Judge Roger Vinson ordered the jurisdiction transfer on May 5, 2008 and Senior U.S. District Judge Lyle E. Strom accepted the transfer of jurisdiction on May 13, 2008.

Please forward a certified copy of the Probation Form 22 to our office and send the appropriate file to the U.S. District Clerk's Office for the District of Nebraska.

If you have any questions regarding this matter, please contact me at (850) 435-8430, ext. 203.

LJG/mc

Encls.: Probation Form 22 (2)

U.S. DISTRICT CT.
NORTHERN DIST. FLA
PENSACOLA

2008 MAY 19  PM 3: 36

KG